of Appeals for the Eighth Circuit denied. *Mr. Frank Hickman* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. George F. Kneip* for the United States.

No. 773. QUEEN INSURANCE Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. Hotchkiss* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Warren F. Wattles* for respondent.

No. 774. ALTMAIER *v.* COMMISSIONER OF INTERNAL REVENUE. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Kendrick* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Edward H. Hammond* for respondent.

No. 780. REELEY *v.* PENNSYLVANIA RAILROAD Co. March 31, 1941. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Isaac Lobe Straus* for petitioner. *Messrs. Edward E. Hargest, Jr.* and *O. Bowie Duckett, Jr.* for respondent.

No. 787. OHIO NATIONAL LIFE INSURANCE Co. *v.* SACHS ET AL. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh